1
2
3
4
5
6
7



8                    UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION
10

| | |
|---|---|
| ARACELI PENA, | Case No. CV 05-650-AHS (JWJ) |
| Petitioner, | ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| vs. | |
| GLORIA HENRY, | |
| Respondents. | |

     Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the instant Petition and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.  The Court concurs with and adopts the conclusions of the Magistrate Judge.

     IT IS ORDERED that a Judgment be issued dismissing the instant action without prejudice.

///
///
///
///

1    IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy
2 of this Order and the Judgment of this date on the petitioner at her last known
3 address.
4
5 DATED: ___JAN 2 8 2008___
6
7                                      _____
                                       ALICEMARIE H. STOTLER
8                                      United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28