FILED
CLERK, U.S. DISTRICT COURT
JAN 29 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| ARACELI PENA,<br>      Petitioner,<br>vs.<br>GLORIA HENRY,<br>      Respondents. | Case No. CV 05-650-AHS (JWJ)<br><br>JUDGMENT |

    Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

    IT IS ADJUDGED that instant action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b), and Local Rule 41-1.

DATED: JAN 28 2008

                                              ALICEMARIE H. STOTLER
                                              United States District Judge